# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEREK BROWN,<br><br>      Plaintiff,<br><br>v.<br><br>TRANSPORT RISK SOLUTIONS RISK RETENTION GROUP, INC., FFE TRANSPORTATION SERVICES, INC., ITS-EQUIPMENT LEASING & MAINTENANCE, LLC, KELVIN SMITH, ABC CORP., AND XYZ CORP,<br><br>      Defendants. | Civil Action File No. _____ |

## DEFENDANTS' NOTICE OF REMOVAL

COME NOW FFE Transportation Services, LLC ("FFE"), Transport Risk Solutions Risk Retention Group, Inc. ("Transport Risk"), Its Equipment Leasing & Maintenance LLC, and Kelvin Smith, (hereinafter "the Defendants"), named defendants in the above-styled action, and file this Notice of Removal, respectfully showing this Court the following facts:

**1.**

Plaintiff Derek Brown (hereinafter "Plaintiff") filed suit against the above named defendants in the State Court of Gwinnett County, State of Georgia. This

1

suit is styled as above and numbered Civil Action File No. 19-C-07764-S2. (*See generally* Plaintiff's Complaint).

**2.**

This Notice of Removal is filed within 30 days of Its Equipment & Leasing LLC.'s notice of the Complaint pursuant to the requirements of 28 U.S.C. § 1446(b)(1). Defendants Transport Risk Solutions Risk Retention Group, FFE Transportation, and Kelvin Smith join in this removal pursuant to 28 U.S.C. § 1446(b)(2)(C).

**3.**

According to Plaintiff's Complaint, Plaintiff is currently, and was at the time suit was filed in this case, a resident and citizen of the State of Georgia. (*See* Plaintiff's Complaint ¶ 1).

**4.**

Defendant FFE is a foreign entity incorporated in Delaware with its personal place of business in Texas. Defendant FFE is therefore a citizen of Delaware and Texas.

**5.**

Defendant Transport Risk, is a foreign entity incorporated in South Carolina, with its principal place of business in South Carolina. Defendant Transport Risk is

therefore a citizen of South Carolina.

**6.**

Defendant Timothy Johnson is and was at the time the complaint was filed, a resident and citizen of Texas.

**7.**

Its- Equipment Leasing & Maintenance, LLC is a foreign limited liability company. The sole member of Its Equipment is Duff Capital Investors, LLC. The sole members of Duff Capital Investors, LLC are Thomas M. Duff and James E. Duff, both residents and citizens of Mississippi. Defendant Its Equipment is therefore a citizen of Mississippi and Texas, where Its Equipment is incorporated.

**8.**

Thus, complete diversity exists between Plaintiff and every named defendant. 28 U.S.C. § 1332(a)(1); *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 89 (2005).

**9.**

Plaintiff made a pre-suit demand for $250,000. Thus, upon information and belief, the amount in controversy exceeds $75,000.

**10.**

Therefore, as shown above, the aforementioned civil action is a civil action of which this Court has original jurisdiction under the provisions of Title 28 of the United States Code § 1332 and, accordingly, is one which may be removed to this Court by the Defendants pursuant to the provisions of Title 28 of the United States Code §1441, in that it is a civil action in which the matter in controversy exceeds the sum of $75,000.00 and is between citizens of different states.

**11.**

The Defendants have attached hereto a copy of the process, pleadings and/or order served upon them in this case, such copy being marked Exhibit "A." In addition, Defendants hereby attach their Answers and Jury Demand as Exhibit "B."

WHEREFORE, these Defendants pray that the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 4th day of December, 2019.

Respectfully submitted,
**SWIFT, CURRIE, McGHEE & HIERS, LLP**

By: */s/ Anna K. Beaton*
RICHARD C. FOSTER, ESQ.
State Bar No.: 271057
ANNA K. BEATON, ESQ.
State Bar No.: 421320

**Swift, Currie, McGhee & Hiers, LLP**
1355 Peachtree Street NE, Suite 300
Atlanta, Georgia 30309
(404) 874-8800 Phone / (404) 888-6199 Fax
*richie.foster@swiftcurrie.com*
*anna.beaton@swiftcurrie.com*
***Attorneys for the Defendants***

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DEREK BROWN,<br><br>Plaintiff,<br><br>v.<br><br>TRANSPORT RISK SOLUTIONS RISK RETENTION GROUP, INC., FFE TRANSPORTATION SERVICES, INC., ITS-EQUIPMENT LEASING & MAINTENANCE, LLC, KELVIN SMITH, ABC CORP., AND XYZ CORP,<br><br>Defendants. | Civil Action File No. _____ |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **Defendants' Notice of Removal** upon all parties to this matter by filing same with the Clerk of Court using the CM/ECF (Pacer) system and via e-mail to counsel of record and parties as follows:

LAW OFFICE OF HUNG Q. NGUYEN & ASSOCIATES
Hung Q. Nguyen
Romi K. Jayswal
Mark Calhoun
5495 Jimmy Carter Boulevard Suite B-17
Norcross, Georgia 30093
*Attorneys for Plaintiff*

This 4th day of December, 2019.

                    */s/ Anna K. Beaton*
By: _____
      ANNA K. BEATON, ESQ.
      State Bar No.: 421320
      **SWIFT, CURRIE McGHEE & HIERS, LLP**